**UNITED STATES DISTRICT COURT**
**NORTHERN DISTRICT OF ILLINOIS, EASTERN DIVISION**

| | |
|---|---|
| SHAWN MATEJOVICH, CHRIS STOCK, STUART BENSON, BRENNAN LANDY, individually and on behalf of all others similarly situated,<br><br>            Plaintiffs,<br><br>  v.<br><br>AMERICAN AUTOMOBILE ASSOCIATION, INC.; FARMERS GROUP, INC. (D/B/A FARMERS UNDERWRITERS ASSOCIATION); GOVERNMENT EMPLOYEES INSURANCE COMPANY (D/B/A GEICO); NATIONWIDE MUTUAL INSURANCE COMPANY; STATE FARM MUTUAL AUTOMOBILE INSURANCE COMPANY; and VARIABLE MARKETING, LLC,<br><br>            Defendants | Case No. 1:13-cv-7149<br><br>**NOTICE OF DISMISSAL OF DEFENDANT AMERICAN AUTOMOBILE ASSOCIATION, INC.** |

Plaintiffs Shawn Matejovich, Chris Stock, Stuart Benson, and Brennan Landy hereby provide notice that, pursuant to Fed. R. Civ. P. 41(a)(1)(A)(i), they dismiss all claims against defendant American Automobile Association, Inc.[1] without prejudice.

---

[1] Plaintiffs do not dismiss any claims against any other defendant.

1140096.1

| | |
|---|---|
| Dated: November 7, 2013 | By:    */s/ Matthew R. Wilson* |

                MEYER WILSON CO., LPA
                Matthew R. Wilson (Ohio State Bar No. 0072925; admitted to the N.D. Ill. general bar)
                Email:  mwilson@meyerwilson.com
                Michael J. Boyle, Jr. (admitted *pro hac vice*)
                Email:  mboyle@meyerwilson.com
                1320 Dublin Road, Ste. 100
                Columbus, Ohio 43215
                Telephone:  (614) 224-6000
                Facsimile:  (614) 224-6066

                LIEFF, CABRASER, HEIMANN & BERNSTEIN, LLP
                Jonathan D. Selbin (admitted *pro hac vice*)
                Email:  jselbin@lchb.com
                Douglas I. Cuthbertson (admitted *pro hac vice*)
                Email: dcuthbertson@lchb.com
                250 Hudson Street, 8th Floor
                New York, NY  10013
                Telephone:  (212) 355-9500
                Facsimile:  (212) 355-9592

                LIEFF, CABRASER, HEIMANN & BERNSTEIN, LLP
                Daniel M. Hutchinson (admitted *pro hac vice*)
                Email:  dhutchinson@lchb.com
                275 Battery Street, 29th Floor
                San Francisco, California  94111-3339
                Telephone:  (415) 956-1000
                Facsimile:  (415) 956-1008

                MAROVITCH LAW FIRM, LLC
                Daniel J. Marovitch (State Bar. No. 6303897)
                Email: dmarovitch@marovitchlaw.com
                233 S. Wacker Dr., 84th Floor,
                Chicago, IL 60606
                Telephone: (312) 533-1605
                Facsimile: (312) 488-4206

                *Attorneys for Plaintiffs and the Proposed Class*