IN THE UNITED STATES DISTRICT COURT FOR THE
NORTHERN DISTRICT OF ILLINOIS
EASTERN DIVISION

| | | |
|---|---|---|
| Matejovich | ) ) ) | Case No: 13 C 7149 |
| v. | ) ) | |
| American Automobile Association et al | ) ) ) ) | Judge Amy J. St. Eve |

## ORDER

IT IS HEREBY ORDERED that all issues are consolidated for all purposes under 13 C 2018. The above entitled case is hereby dismissed. All pleadings are to be filed in case 13 C 2018. All pending parties and counsel in the associated case, 13 C7149, are to be linked to the lead case number, 13 C 2018. Civil case terminated.

**Dated:** November 19, 2013         ENTERED

_____
**AMY J. ST. EVE**
**United States District Court Judge**