AO 440 (Rev. 05/00) Summons in a Civil Action

# UNITED STATES DISTRICT COURT
### NORTHERN DISTRICT OF ILLINOIS

**SUMMONS IN A CIVIL CASE**

SHAWN MATEJOVICH, CHRIS STOCK, STUART BENSON, and BRENNAN LANDY, individually and on behalf of all others similarly situated.

V.

American Automobile Insurance Company, Inc.; Farmers Group, Inc.; Government Employees Insurance Company; Nationwide Mutual Insurance Company; State Farm Mutual Automobile Insurance Company; Variable Marketing, LLC.

CASE NUMBER: 1:13-cv-7149

ASSIGNED JUDGE: Hon. Milton I. Shadur

DESIGNATED MAGISTRATE JUDGE: Hon. Susan E. Cox

TO: (Name and address of Defendant)

Variable Marketing, LLC
Jeffrey S. Schaffer
1257 Calle Castano
Thousand Oaks, CA 91360-4648

YOU ARE HEREBY SUMMONED and required to serve upon PLAINTIFF'S ATTORNEY (name and address)

Jonathan D. Selbin
LIEFF CABRASER HEIMANN & BERNSTEIN, LLP
250 Hudson Street, 8th Floor
New York, NY 10013

Daniel M. Hutchinson
LIEFF CABRASER HEIMANN & BERNSTEIN, LLP
275 Battery Street, 29th Floor
San Francisco, CA 94111

an answer to the complaint which is herewith served upon you, within ___21___ days after service of this summons upon you, exclusive of the day of service. If you fail to do so, judgment by default will be taken against you for the relief demanded in the complaint. You must also file your answer with the Clerk of this Court within a reasonable period of time after service.

THOMAS G. BRUTON, CLERK

(By) DEPUTY THOMAS G. BRUTON, CLERK

(By) DEPUTY CLERK



DATE

November 20, 2013

DATE

AO 440 (Rev. 05/00) Summons in a Civil Action

| RETURN OF SERVICE | |
|---|---|
| Service of the Summons and complaint was made by me(1) | DATE 11/21/13 |
| NAME OF SERVER *(PRINT)* LARRY LANGBERG | TITLE PRIVATE INVESTIGATOR |

*Check one box below to indicate appropriate method of service*

☐ Served personally upon the defendant. Place where served: _____

☒ Left copies thereof at the defendant's dwelling house or usual place of abode with a person of suitable age and discretion then residing therein.
Name of person with whom the summons and complaint were left: LAURA CHAMBERLAIN

☐ Returned unexecuted: _____

☐ Other (specify): CHAMBERLAIN ANSWERED THE DOOR AT 1257 CALLE CASTANO, THOUSAND OAKS, CA 91360, AND ADVISED JEFFREY SCHAFFER WAS THERE BUT WAS ASLEEP. SHE ACCEPTED SERVICE ON BEHALF OF SCHAFFER.

| STATEMENT OF SERVICE FEES | | |
|---|---|---|
| TRAVEL | SERVICES | TOTAL |

**DECLARATION OF SERVER**

I declare under penalty of perjury under the laws of the United States of America that the foregoing information contained in the Return of Service and Statement of Service Fees is true and correct.

Executed on 11/21/13
*Date*    *Signature of Server*

2470 STEARNS ST, SIMI VALLEY, CA 93063
*Address of Server*

(1) As to who may serve a summons see Rule 4 of the Federal Rules of Civil Procedure.